Argued and submitted January 17, affirmed August 5, 1992

Douglas Shawn ADAMS,
*Appellant,*

*v.*

Lt. Richard WENGER,
*Respondent.*

(91-2012; CA A70078)

834 P2d 551

Gail L. Meyer, Marc D. Blackman and Ransom, Blackman & Weil, Portland, filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *Sumner v. Choate*, 114 Or App 406, 834 P2d 535 (1992).